NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAOLAH A. SHAOULI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED CONSULTANTS, INC. and DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>Defendants. | Case No.  CV 15-05485-AB (JEMx)<br><br><br>**ORDER DISMISSING ACTION** |

Having considered the parties' Stipulation filed on December 4, 2015 (Dkt. No. 18), and in accordance with Rule 41 of the Federal Rules of Civil Procedure, the Court hereby DISMISSES WITH PREJUDICE the claims of Plaintiff Ataolah A. Shaouli and DISMISSES WITHOUT PREJUDICE the claims of the putative class members other than Plaintiff.  Each party shall bear their own costs and fees.

Dated: December 8, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE